# Court of Appeals of the State of Georgia

ATLANTA, <u>December 14, 2021</u>

*The Court of Appeals hereby passes the following order:*

## A22E0021. SHUMAN v. SHUMAN.

Applicant Jerri Shuman has filed an emergency motion for an extension of time to file an application for discretionary appeal from the trial court's order denying her motion for reconsideration or, alternatively, to vacate a final judgment. She asks us to extend that time until the trial court enters an order on a motion, filed on November 16, 2021 and currently pending in the trial court, for findings of fact under OCGA § 9-11-52 (c). We decline to grant the applicant an open-ended period of time for her to file her application for discretionary appeal in this court. But we note that, "unless providentially hindered or unless counsel for the plaintiff and defendant agree in writing to extend the time, [the trial court must] decide [the motion currently pending before him] promptly, within 30 days after the same hav[ing] been argued before him or submitted to him without argument[.]" OCGA § 15-6-21 (a) (applying to counties with less than 100,000 inhabitants). So we **GRANT** the applicant a 30-day extension. The applicant shall have through and including January 13, 2022, to file her application for discretionary appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>12/14/2021</u>

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.